| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | LLOYD FARNHAM (CABN 202231)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>Lloyd.Farnham @ usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 04-CR-40160 EXE |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| PIRUZ PARCHINI, aka David Parchini, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Piruz Parchini, aka David Parchini and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against Piruz Parchini, aka David Parchini.

DATED: February 1, 2024                                          Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

                                                                                         /s/
MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 4:04-CR-40160 EXE_____

ORDER OF DISMISSAL

Leave is granted to the government to dismiss the indictment against Piruz Parchini, aka David Parchini. It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

DATED: February 6, 2024

_____
HON. JAMES DONATO
United States District Judge

NOTICE OF DISMISSAL
No. 4:04-CR-40160 EXE_____